**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| MICHELLE BROGAN, : | |
| : | |
| Plaintiff, : | |
| v. : | CASE NO.: 7:24-CV-127 (WLS) |
| : | |
| FIN & FEATHERS, *et al.*, : | |
| : | |
| Defendants. : | |
| : | |

**ORDER**

On November 26, 2024, Plaintiff filed her Complaint (Doc. 1). The docket reflects that no Summons has been requested or issued. Under Rule 4(m), if the defendant is not served within ninety days after a complaint is filed, the district court, after notice to the plaintiff, must dismiss the action without prejudice against that defendant or order that service be made within a specified time. Fed. R. Civ. P. 4(m). Plaintiff therefore had until Monday, February 24, 2025, to properly serve Defendants. To date, she has not filed proof of service on the docket.

Accordingly, Plaintiff is **ORDERED** to properly serve Defendants and file proof of service no later than **Tuesday, March 18, 2025**. Plaintiff is hereby noticed that, upon failure to timely comply with this Order, the action may be dismissed without prejudice without further notice or proceedings.

**SO ORDERED**, this 25th day of February 2025.

                                                             **/s/ W. Louis Sands**
                                                             **W. LOUIS SANDS, SR. JUDGE**
                                                             **UNITED STATES DISTRICT COURT**