**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| MICHELLE BROGAN, : | |
| : | |
| Plaintiff, : | |
| v. : | CASE NO.: 7:24-CV-00127 (WLS) |
| : | |
| FIN & FEATHERS, *et al.*, : | |
| : | |
| Defendants. : | |
| : | |

**ORDER**

Before the Court is Defendants' Motion to Dismiss (Doc. 8). Based on a preliminary review of the Motion, the Court finds there is a reasonable probability that the Motion will be granted or substantially narrow the issues. The Court therefore finds good cause for a stay of discovery. *See Chudasama v. Mazda Motor Corp.*, 123 F.3d 1353, 1368 (11th Cir. 1997) ("[W]hen faced with a motion to dismiss a claim for relief that significantly enlarges the scope of discovery, the district court should rule on the motion before entering discovery orders, if possible."). As a result, Discovery is *sua sponte* **STAYED** pending the resolution of the Motion to Dismiss (Doc. 8).

**SO ORDERED**, this 11th day of April 2025.

 /s/ W. Louis Sands  
 **W. LOUIS SANDS, SR. JUDGE
 UNITED STATES DISTRICT COURT**