**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| MICHELLE BROGAN, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | CASE NO.:  7:24-CV-00127 (WLS) |
| | : | |
| FIN & FEATHERS, *et al.,* | : | |
| | : | |
| Defendants. | : | |
| | : | |

## <u>ORDER</u>

Before the Court is Defendants' Motion to Dismiss (Doc. 21). If a plaintiff is proceeding pro se, the Court typically notifies that plaintiff when a motion to dismiss has been filed so that the plaintiff may respond to the motion informed of the potential consequences of that motion. Because Plaintiff proceeds pro se the Court provides the following information:

When considering a motion to dismiss, the Court accepts as true all facts set forth in a plaintiff's complaint. *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 556 (2007); *Wilchombe v. TeeVee Toons, Inc.*, 555 F.3d 949, 959 (11th Cir. 2009). Although the complaint must contain factual allegations that "raise a reasonable expectation that discovery will reveal evidence of" the plaintiff's claims, *Twombly*, 550 U.S. at 556, Rule 41 of the Federal Rules of Civil Procedure provides that "[i]f the plaintiff fails to prosecute or to comply with [the Federal Rules of Civil Procedure] or a court order, a defendant may move to dismiss the action or any claim against it. Unless the dismissal order states otherwise, a dismissal under this subdivision . . . operates as an adjudication on the merits." Fed. R. Civ. P. 41(b).

Under the procedures and policies of this Court, motions to dismiss are normally decided on briefs. Plaintiff may submit an argument to this Court by filing a brief in opposition to Defendant's Motion to Dismiss. Unless the Court has provided permission to file otherwise, any brief must be no longer than **20 pages**. M.D. Ga. L.R. 7.4. **The Court's resolution of a motion to dismiss could result in granting judgment, and there would be no trial or further proceedings.**

The Court amends its usual briefing schedule to allow Plaintiff time to respond to Defendants' Motion to Dismiss with the benefit of this notice. Plaintiff must file her response no later than **Thursday, April 9, 2026**. Consistent with the Local Rules, Defendants shall have **fourteen (14) days** after Plaintiff has submitted her brief to file a reply. Plaintiff is noticed that failure to respond to Defendant's motion to dismiss in accordance with this Order and the Federal Rules of Civil Procedure may result in the dismissal of Plaintiff's complaint with prejudice without further notice or proceeding.

**SO ORDERED**, this 19th day of March 2026.

/s/ **W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**