IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

MICHELLE BROGAN,                        *

               Plaintiff,              *

v.                                        Case No.7:24-cv-127 (WLS)

                                   *

FIN & FEATHERS, et al.,

                                 *

               Defendants.

                                 *

## J U D G M E N T

Pursuant to this Court's Order dated May 19, 2026, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action.

    This 19th day of May, 2026.

                               David W. Bunt, Clerk

                               s/ Katie Logsdon, Deputy Clerk